UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ARKIL LIONKING ZULU

     vs.                         Case No.   9:14-CV-870   MAD/DJS

WENDY M. SEYMOUR, ET AL.

## ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. Name of detainee:               ARKIL LIONKING ZULU

2. Prisoner ID #:                 96-A-4462

3. Detained by:                  Clinton Correctional Facility
                                          1156 Rt. 374
                                          P.O. Box 2000
                                          Dannemora, New York 12929-2000

4. Detainee is:            (A)   (X)   Plaintiff in a Civil Action

                              (B)   (  )   A witness not otherwise available by the ordinary process of the Court

**5. Participation of Inmate Arkil LionKing Zulu (96-A-4462) is hereby ORDERED on <u>Tuesday, March 22, 2016</u> at <u>10:00 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart. The Court will initiate the conference call.**

**SO ORDERED,**

Date:   <u>March 1, 2016</u>                                        Daniel J. Stewart
                                                                U.S. Magistrate Judge

cc:    Arkil LionKing Zulu, via U.S. Postal Service
       Clinton Correctional Facility, via E-mail and U.S. Postal Service
       Ryan Hickey, AAG, via CM/ECF